# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, | No. 2:19-CV-1749-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| CHARTER COMMUNICATIONS, LLC, et al. | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is plaintiff's counsel's request (ECF No. 9) for leave to appear telephonically at the hearing set before the undersigned in Redding, California, on November 20, 2019, at 10:00 a.m. Good cause appearing therefor, plaintiff's counsel's request is granted. Counsel may arrange a telephonic appearance through CourtCall.

IT IS SO ORDERED

Dated: November 19, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1