# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL HARPER, | No. 2:19-CV-1749-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| CHARTER COMMUNICATIONS, LLC, et al. | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is the parties' stipulation regarding expedited discovery, filed on November 24, 2019 (ECF No. 20). Good cause appearing therefor, the parties' stipulation is approved and shall constitute the court's order resolving plaintiff's motion to compel (ECF No. 8).

IT IS SO ORDERED

Dated: November 25, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1